**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kevin COX, Defendant–Appellant.**

**No. 01–7730.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 27, 2002.

Kevin Cox, Appellant Pro Se. Tarra R. DeShields–Minnis, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin Cox seeks to appeal the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and 18 U.S.C. § 3582(c)(2) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Cox*, Nos. CR–99–52–S; CA–01–2640 S (D. Md. Sept. 6 & 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*